PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 AUG 12 PM 4:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

v.                                    Crim. No. 07CR00894-001-GT

Jose Luis GAYOSSO-Alvarez

On _____August 7, 2007_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Trisha K. Yamauchi
Deputy Chief Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated __10th__ day of __August__, 20__09__

_____
Senior United States District Judge
The Honorable Gordon Thompson, Jr.